

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In Re: Craig L. Blair, BMB/SWC Ranches, LLC d/b/a SWC Ranches Capitan Energy, Incorporated, Saturn SWD Operating, LLC, Thunderhead II management, LLC, Thunderhead Petroleum, LLC, Thunderhead Petroleum II, LP, Antelope Production, LLC Orla Metro Management LLC, Onager Electric LLC and CD Florian Disposal, LLC, | § § § § § | No. 08-21-00167-CV AN ORIGINAL PROCEEDING IN MANDAMUS |
| Relators. | § | |
| | § | |

# **O R D E R**

Relators have filed an emergency motion for temporary relief pending resolution of this mandamus action. The motion is GRANTED. All proceedings in Trial Court Cause No. 5645 are stayed pending resolution of this mandamus action.

IT IS SO ORDERED this 30th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.